174 A.3d 506

AMERICAN DREAM AT MARLBORO, LLC, PLAINTIFF–RESPONDENT, v. PLANNING BOARD OF THE TOWNSHIP OF MARLBORO, ET AL., DEFENDANTS, AND PATRICIA CLEARY, DEFENDANT/INTERVENOR–PETITIONER, AND ALBERT W. RUDEL, ET AL., DEFENDANTS.

C–141 September Term 2017
079673

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000547–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.